FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 01 2007  LK

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
                    DEPUTY

Summ. Issu.
Gov't Agency /

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | C07-1186 MJP |
|---|---|
|  | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| 1st HAND MORTGAGE, INC, |  |
| Defendant. |  |



07-CV-01186-CMP

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Deborah Stedman ("Ms. Stedman"), who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant discriminated against Ms. Stedman when it subjected her to harassment because of her sex, resulting in her constructive discharge. Plaintiff seeks

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Stedman.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant 1st Hand Mortgage, Inc. ("1st Hand Mortgage") has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, defendant 1st Hand Mortgage has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

COMPLAINT- Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Stedman filed a charge with the Commission alleging violations of Title VII by defendant 1st Hand Mortgage. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. During Ms. Stedman's employment with defendant, from at least March 31, 2005, 1st Hand Mortgage engaged in unlawful employment practices at its office in Federal Way, Washington in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). The unlawful employment practices include sexually harassing Ms. Stedman resulting in her constructive discharge.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Stedman of equal employment opportunities and otherwise adversely affected her status as an employee of 1st Hand Mortgage because of her sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Stedman's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

COMPLAINT- Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Ms. Stedman by providing appropriate relief in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order defendant to make whole Ms. Stedman by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order defendant to make whole Ms. Stedman by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order defendant to pay Ms. Stedman punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

COMPLAINT- Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 1st day of August, 2007.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney<br>San Francisco District Office<br>350 The Embarcadero, Suite 500<br>San Francisco, CA 94105-1260 | RONALD S. COOPER<br>General Counsel<br><br>JAMES L. LEE<br>Deputy General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |

BY: /s/ William R. Tamayo
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 220-6653

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882